[No. 22452-0-III.   Division Three.   February 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY G. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 03-1-00225-8, Michael E. Cooper, J., entered September 29, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 51466-1-I.   Division One.   February 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-10551-5, Michael J. Trickey, J., entered December 2, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 52871-8-I.   Division One.   February 7, 2005.]

RANDALL L. CLARE, *as Personal Representative, Appellant*, v. SABERHAGEN HOLDINGS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-29842-7, Sharon S. Armstrong, J., entered August 8, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J.; Schindler, J., dissenting. Now published at 129 Wn. App. 599.

[No. 52948-0-I.   Division One.   February 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LIN ROD RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00260-1, George N. Bowden, J., entered July 30, 2003. *Affirmed* by unpublished per curiam opinion.